Sara Jane (Mabry) BUCKMAN, Respondent,

v.

Robert Eskew MABRY, Appellant.

No. ED 75457.

Missouri Court of Appeals, Eastern District, Northern Division.

June 30, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 2000.

Application for Transfer Denied Oct. 3, 2000.

David A. Masters, Macon, for appellant.

James D. Terrell, Hannibal, for respondent.

Before RICHARD B. TEITELMAN, P.J., LAWRENCE E. MOONEY and ROBERT E. CRIST, Sr., JJ.

## ORDER

PER CURIAM.

Robert Eskew Mabry appeals from the trial court's judgment modifying the Agreed Final Decree of Divorce. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).